IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MANSON FISHER, Jr., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 98-871-BH-M |
| | ) | |
| BILLY MITCHUM, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This action is now before the Court on Petitioner's Motion (Doc. 33) for a Certificate of Appealability. Petitioner seeks to appeal to the Eleventh Circuit Court of Appeals from the Order entered by this Court on September 27, 2005 (Doc. 29) denying Petitioner's Motion (Doc. 28) to Vacate the Court's Orders (Docs. 26 & 27) of April 24, 2000 adopting the Recommendation of the Magistrate Judge.

The petitioner, Manson Fisher, Jr., must indeed first obtain a certificate of appealability to appeal a district court's final order in a proceeding brought pursuant to 28 U.S.C. § 2254. *See*, 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P.22(b). Such a certificate may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

As the Court determined over 5 years ago, Manson's claims are time-barred and therefore inappropriate for review. Upon review of this finding, the Court chooses not to vacate its decision. Manson has presented no new evidence upon which vacating the Court's Order denying his petition as

time-barred would be appropriate. Accordingly, Manson's request for a certificate of appealability be and is hereby **DENIED**.

    **So ORDERED** this 6th day of October, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
