IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MANSON FISHER, JR.,   :
                               :
    Petitioner,
vs.   :   Case No. 98-0871-BH-M

BILLY MITCHUM, WARDEN,   :

    Respondent.

**ORDER**

This action is before the Court on a motion for a certificate of appealability (Doc. 39) filed by the petitioner, Manson Fisher, Jr.  The petitioner seeks to appeal from the Court's Order of June 13, 2007 (Doc. 37) denying his motion (Doc. 36) to vacate a judgment entered in this case on March 24, 2000 (Doc. 27).  To the extent petitioner may be required to first obtain a certificate of appealability to appeal simply because the judgment sought to be vacated was this court's final order in a proceeding brought pursuant to 28 U.S.C. § 2254, such a certificate cannot issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).. *See also*, 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P.22(b).  Accordingly, petitioner's request for a certificate of appealability be and is hereby **DENIED**.  The Court further **CERTIFIES** that the appeal is without merit and plainly frivolous.  *See*, 28 U.S.C. § 1915(e)(2)(B); Fed.R.App.P. 24(a)(3).  Consequently, any request by the petitioner to proceed in *forma pauperis* is hereby **DENIED**.

    **DONE** this 28th day of June, 2007.

                                                                s/ W. B. Hand
                                                     SENIOR DISTRICT JUDGE